IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

EMMA SERNA,

    Plaintiff,

v.	No. 1:21-cv-00450-KG-JHR

BBVA BANK,

    Defendant.

## FINAL JUDGMENT

Pursuant to Fed. R. Civ. P. 58(a), and consistent with the Court's Memorandum Opinion and Order dismissing Plaintiff's case,

IT IS ORDERED that this case is DISMISSED without prejudice.

_____
UNITED STATES DISTRICT JUDGE